UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CALDERON,<br><br>        Plaintiff,<br><br>    v.<br><br>ROB BONTA,<br><br>        Defendant. | No.  2:23-cv-0213 KJM AC P<br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On March 25, 2024, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 23.  Plaintiff has filed objections to the findings and recommendations.  ECF No. 27.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, ECF No. 23, are adopted in full;

2. Plaintiff's motions for a preliminary injunction, ECF Nos. 6, 9, are denied; and

3. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: May 22, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE