UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Carlos Calderon,<br><br>    Plaintiff,<br><br>    v.<br><br>Rob Bonta,<br><br>    Defendant. | No. 2:23-cv-0213-KJM-AC-P<br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. Plaintiff now moves the court to reconsider its order adopting the magistrate judge's findings and recommendations. *See* Mot. Recons., ECF No. 33.

   Where, as here, the court's ruling has resulted in a final judgment or order, a motion for reconsideration is appropriately brought under either Federal Rule of Civil Procedure 59(e) or Rule 60(b). *See Fuller v. M.G. Jewelry*, 950 F.2d 1437, 1442 (9th Cir. 1991) (citing *Taylor v. Knapp*, 871 F.2d 803, 805 (9th Cir. 1989)). A motion is construed as a motion to alter or amend judgment under Federal Rule of Civil Procedure 59(e) if it is filed no later than 28 days after the entry of the judgment. *See Am. Ironworks & Erectors, Inc. v. N. Am. Constr. Corp.*, 248 F.3d 892, 898-99 (9th Cir. 2001). Because petitioner's motion for reconsideration was filed less than 28 days after the court issued the final judgment, this court construes petitioner's request for reconsideration under Rule 59(e).

1      Petitioner's filing identifies no errors of fact or law in the Magistrate Judge's Findings and Recommendations or in this court's order; nor does it identify changes in the law or evidence or other unusual circumstances justifying relief.  *See 389 Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999) ("Under Rule 59(e), a motion for reconsideration should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law."). Petitioner's disagreement with the court's judgment and understanding of the facts does not warrant a second look at this case.  *See* Mot. at 2.  His motion is denied.

2      This order resolves ECF No. 33.

3      IT IS SO ORDERED.

DATED:  August 1, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE